

**FILED**
3/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | 1:26-cr-00123 |
| | Judge April M. Perry |
| v. | Magistrate Judge Jeannice W. Appenteng |
| | RANDOM / Cat. 5 |
| JORGE LOPEZ-HERNANDEZ | Violation: Title 8, United States Code, Sections 1326(a) and (b)(1) |
| | **UNDER SEAL** |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about September 30, 2025, at Joliet, Illinois, in the Northern District of Illinois, Eastern Division,

JORGE LOPEZ-HERNANDEZ,

defendant herein, an alien who previously had been deported and removed from the United States on or about September 4, 2008, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON


_____
ANDREW S. BOUTROS
United States Attorney